1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WACHOVIA MORTGAGE,

      Plaintiff,

  v.

ALMA MAGANA,

      Defendant.

_____/

No. C 10-1258 CRB

**ORDER**

    This Court's prior order granting Defendant's motion for leave to proceed in forma pauperis is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: May 3, 2010

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\1258\Order Vacating.wpd