IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WACHOVIA MORTGAGE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALMA MAGANA,<br><br>　　　　Defendant.　　　　　　　　　／ | No. C 10-1258 CRB<br><br>**ORDER** |

This Court is now in receipt of Defendant's response to this Court's order to show cause why this case should not be remanded. If Plaintiff wishes to reply, it must do so by June 18, 2010.

**IT IS SO ORDERED.**

Dated: June 2, 2010

　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\1258\Order Extending Time to Respond.wpd